| | |
|---|---|
| 1  William J. Schroeder | |
| 2  PAINE, HAMBLEN, COFFIN, | The Honorable Edward F. Shea |
|       BROOKE & MILLER LLP | |
| 3  717 West Sprague Avenue, Suite 1200 | |
| 4  Spokane, Washington 99201-3505 | |
| 5  (509) 455-6000 | |
| 6  Attorneys for Defendants Charles H. Webb and | |
| 7      Andrew T. Stave | |

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY D. ELLSWORTH, | ) |
| | ) No.  CS 03 0148-EFS |
| Plaintiff, | ) |
| | ) ORDER OF DISMISSAL WITH |
| vs. | ) PREJUDICE OF DEFENDANTS |
| | ) CHARLES H. WEBB AND |
| CHARLES H. WEBB; ANDREW T. | ) ANDREW T. STAVE |
| STAVE; COUNTY OF ASOTIN; | ) |
| WILLIAM EDELBLUTE and JANE | ) *Proposed* |
| DOE EDELBLUTE, husband and | ) |
| wife, | ) |
| | ) |
| Defendants. | ) |

On hearing the Parties' Stipulation, and the Court being fully advised in the premises, it is

ORDER OF DISMISSAL OF
DEFENDANTS CHARLES H. WEBB AND
ANDREW T. STAVE - 1

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

ORDERED that the above action is hereby dismissed with prejudice with respect to the claims against Defendants Charles H. Webb and Andrew T. Stave and no costs or fees are awarded.

DATED this <u>22nd</u> day of <u>August</u>, 2005.

<u>s/ Edward F. Shea</u>
The Honorable Edward F. Shea

Presented by:

PAINE, HAMBLEN, COFFIN,
   BROOKE & MILLER LLP

By: <u>/s/ William J. Schroeder</u>
William J. Schroeder, WSBA #7942
Attorneys for Defendants
Charles H. Webb and Andrew T. Stave
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
Telephone: 509-455-6000
Facsimile: 509-838-0007
william.schroeder@painehamblen.com

ORDER OF DISMISSAL OF
DEFENDANTS CHARLES H. WEBB AND
ANDREW T. STAVE - 2

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

Presentment waived by:

MICHAEL D. KINKLEY P.S.

By: _____
Michael D. Kinkley WSBA 11624
4407 North Division, Suite 914
Spokane, Washington 99207
Telephone: 509-484-5611
Facsimile: 509-484-5972
mkinkley@qwest.net

and

Dan B. Johnson, WSBA 11257
DAN B. JOHNSON, P.S.
4407 North Division Street, Suite 601
Spokane, Washington 99207
Telephone: 509-483-5311
Facsimile: 509-483-3876

Attorneys for Plaintiff

ORDER OF DISMISSAL OF
DEFENDANTS CHARLES H. WEBB AND
ANDREW T. STAVE - 3

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000

CERTIFICATE OF SERVICE

I hereby certify that on this __22nd__ day of August, 2005, I electronically filed the foregoing **ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS CHARLES H. WEBB AND ANDREW T. STAVE**, with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Terrence J. Cullen	tcullen@forsberg-umlauf.com
	deastman@forsberg-umlauf.com

Dan Bruce Johnson	johnsondanbps@awest.net

Michael David Kinkley	mkinkley@qwest.net
	m.kinkley@comcast.net
	bkinkley@qwest.net

Michael E. McFarland, Jr.,	mmcfarland@ecl-law.com
	tgalvin@ecl-law.com
	sdotson@ecl-law.com

William John Schroeder	william.schroeder@painehamblen.com
	marsha.ungricht@painehamblen.com,

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

*No manual recipients*

	s/WILLIAM J. SCHROEDER
	William J. Schroeder, WSBA No. 7942
	Attorney for Defendant
	Paine, Hamblen, Coffin, Brooke & Miller LLP
	717 West Sprague Avenue, Suite 1200
	Spokane, Washington 99201-3505
	509-455-6000
	509-838-0007 (facsimile)
	william.schroeder@painehamblen.com

I:\Spodocs\00388\00007\plead\00340623.WPD:mu

ORDER OF DISMISSAL OF DEFENDANTS CHARLES H. WEBB AND ANDREW T. STAVE - 4

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000